E-FILED
Wednesday, 19 March, 2008   09:56:29 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| CARLINVILLE SOUTHERN BAPTIST CHURCH, an Illinois Religious Corporation, | **JURY DEMAND** |
| Plaintiff, | |
| v. | Hon. |
| | Case No. |
| CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and the CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body, | |
| Defendant. | |

**DISCLOSURES STATEMENT**
**AND**
**DESIGNATION OF LEAD COUNSEL**

Pursuant to Federal Rule 7.1 and Local Rules 11.1, 11.2 and 11.3 of the of the United States District Court for the Central District of Illinois, the undersigned counsel for Plaintiff, Carlinville Southern Baptist Church, an Illinois Religious Corporation, furnishes the following information:

1.   The full name of the Plaintiff, a private non-governmental party, is Carlinville Southern Baptist Church.

2.   Carlinville Southern Baptist Church has no parent corporation.

3.   No publicly owned corporation holds 10% or more of the stock of Carlinville Southern Baptist Church.

4.   Daniel P. Dalton of the law firm of Tomkiw Dalton, plc, and David A. Herman, David O. Edwards, Amanda M. Lundeen of the law firm of Giffin, Winning, Cohen & Bodewes, P.C., shall appear as counsel for the named Plaintiff.

5.   Daniel P. Dalton is designated as lead counsel.

Dated: March 18, 2008

>Respectfully submitted,
>
>**CARLINVILLE SOUTHERN BAPTIST CHURCH**, **an Illinois Religious Corporation**,
>Plaintiff
>
>By:   /s/ David A. Herman
>      One of its Attorneys

*Lead Counsel*
Daniel P. Dalton (P 44056) (Admission Pending)
TOMKIW DALTON, plc
Attorney for Plaintiff
321 Williams Street
Royal Oak, MI  48067
(248) 591-7000
ddalton@tomkiwdalton.com

*Local Counsel*
David A. Herman     (6211060)
David O. Edwards    (6229192)
Amanda M. Lundeen (6290095)
GIFFIN, WINNING, COHEN & BODEWES, P.C.
Attorneys for Plaintiff
One West Old State Capitol Plaza, Suite 600
Springfield, IL  62701
(217) 525-1571
dherman@giffinwinning.com
davidoedwards@giffinwinning.com
alundeen@giffinwinning.com