## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| CARLINVILLE SOUTHERN BAPTIST CHURCH, an Illinois Religious Corporation, | **JURY DEMAND** |
| Plaintiff, | |
| v. | Hon. |
| | Case No.  08-cv-3074 |
| CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and the CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body, | |
| Defendant. | |

**TO:    CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and**
**         THE CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body**
**         317 West 2nd South Street**
**         Carlinville, IL 62626**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, David A. Herman of Giffin, Winning, Cohen & Bodewes, P.C., 1 West Old State Capitol Plaza, Myers Building, Suite 600, P.O. Box 2117, Springfield, Illinois 62705 an answer to the complaint which is herewith served upon you, within **Twenty (20) days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service

| | |
|---|---|
| s/ Pamela E. Robinson | 03/19/2008 |
| CLERK | DATE |
| s/ D. Meadows | |
| (BY) | |

## RETURN OF SERVICE(1)

Service of Summons and Complaint was made by me (1)     Date

NAME OF SERVER (Print)     Title

Check one line below to indicate appropriate method of service

_____ Served personally upon the Defendant. Place where served: _____

_____ Left copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____ Returned unexecuted: _____

_____ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL     SERVICES     TOTAL

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date            Signature of Server

                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

3:08-cv-03074-JES-CHE   # 4   Page 3 of 3