UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

    Plaintiff,
v.

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

    Defendants.

Hon.
Case No. 08-3074

### *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, SHOW CAUSE ORDER AND REQUEST FOR PRELIMINARY INJUNCTION

Now Comes Plaintiff, Carlinville Southern Baptist Church, by and through its attorneys, *Tomkiw Dalton, plc,* and *Giffin, Winning, Cohen & Bodewes, P.C.,* and petitions this Court to issue a Temporary Restraining Order pursuant to FRCP 65(b), or in the alternative, a Preliminary Injunction pursuant to FRCP 65(a) for the reasons set forth in the attached Memorandum of Law. In support of this Motion, Plaintiff Carlinville Southern Baptist Church states as follows:

    1.    On March 18, 2008, Plaintiff Carlinville Southern Baptist Church (hereinafter referred to as "the Church") filed a verified complaint against the City of Carlinville.

    2.    As stated in Plaintiff Carlinville Southern Baptist Church's Verified Complaint, and the Affidavit of Pastor Timothy Rhodus, the City of Carlinville, has acted to deprive the Church of its right to occupy and utilize its property for religious worship.

3. Defendants have notified the Church that they intend to file suit and obtain injunctive relief precluding the Church from entering, occupying and using its building for any purpose in furtherance of its religious mission, even though certain uses of the property are permitted by the City of Carlinville Zoning Ordinance, such as office and daycare use.

4. Plaintiff Carlinville Southern Baptist Church has no adequate remedy at law to preclude the unconstitutional actions of the Defendants and their overt violations of the federal Religious Land Use and Institutionalized Persons Act, 42 USC § 2000cc.

5. For the reasons stated in Plaintiff Carlinville Southern Baptist Church's Verified Complaint, the Memorandum in support of Plaintiff's *Ex Parte* Motion, the attached Exhibits and the Affidavit of Pastor Rhodus, unless Defendants are enjoined from precluding any religious use of the Church's property, the Church will not be able to enter the building for any purpose.

6. Plaintiff Carlinville Southern Baptist Church has no adequate remedy at law.

7. Any delay in the issuance of a Temporary Restraining Order until the hearing on a preliminary injunction will result in immediate and irreparable harm in precluding Plaintiff Carlinville Southern Baptist Church from entering its building and using the same for purposes in furtherance of its religious mission.

8. Plaintiff Carlinville Southern Baptist Church seeks an *ex parte* Temporary Restraining Order for the reason that immediate and irreparable injury will result from further delay of the Plaintiff's use of the building in furtherance of its religious purposes..

9. Plaintiff Carlinville Southern Baptist Church requests that this Court order the following:

    a. Enjoin and restrain the Defendants, directly or indirectly, whether alone or in concert with others, including any officer, agent, employee and/or

representative of its municipal corporation, until further order of this Court, from doing any of the following:

    i.    Precluding the Plaintiff, Carlinville Southern Baptist Church, from entering, occupying, renovating, or using any portion of its building for any use permitted under the C-1 zoning designation;

    ii.    Precluding Plaintiff, Carlinville Southern Baptist Church, its members, employees, agents or representatives from using the premises for any religious activities as permitted in the R zoning designation;

    iii.    Destroying any documents, tapes electronic mail or other evidence that refers, reflects or relates to the subject property.

b.    That Defendants preserve, produce or provide to Plaintiff Carlinville Baptist Church all documents, electronic mail, tape recordings or any other matter they have in their possession related to its property.

c.    Grant Plaintiff Carlinville Southern Baptist Church leave to commence discovery immediately.

d.    Maintain the Order in full force and effect until the Court specifically orders otherwise.

e.    That Defendants shall show cause before the Court on March __, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, why a preliminary injunction should not be ordered according to the terms and conditions set forth above.

Respectfully submitted,
**CARLINVILLE SOUTHERN BAPTIST CHURCH**, **an Illinois Religious Corporation**,
Plaintiff
By:_____/s/ David A. Herman_____
       One of its Attorneys

*Lead Counsel*
Daniel P. Dalton (P 44056) (Admission Pending)
TOMKIW DALTON, plc
Attorney for Plaintiff
321 Williams Street
Royal Oak, MI  48067
(248) 591-7000
ddalton@tomkiwdalton.com

3

*Local Counsel*
David A. Herman     (6211060)
David O. Edwards    (6229192)
Amanda M. Lundeen (6290095)
GIFFIN, WINNING, COHEN & BODEWES, P.C.
Attorneys for Plaintiff
One West Old State Capitol Plaza, Suite 600
Springfield, IL  62701
(217) 525-1571
dherman@giffinwinning.com
davidoedwards@giffinwinning.com
alundeen@giffinwinning.com

Dated: March 19, 2008