UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious
Corporation,

    Plaintiff,

v.                                                                              Hon. Jeanne E. Scott
                                                                                Case No. 08-3074
CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

    Defendants.

## NOTICE OF HEARING

TO:    Will Hebron

    YOU ARE HEREBY NOTIFIED that counsel for Plaintiff, CARLINVILLE SOUTHERN BAPTIST CHURCH, will appear before the Honorable Jeanne E. Scott, in the Courtroom usually occupied by her, at the United States District Court, 600 East Monroe Street, Springfield, Illinois, on Thursday, March 20, 2008, at 2:00 p.m., on Plaintiffs' Motion for Temporary Restraining Order or in the Alternative, a Preliminary Injunction.

    Respectfully submitted,

    **CARLINVILLE SOUTHERN BAPTIST CHURCH**, **an Illinois Religious Corporation**,
    Plaintiff

    By:    /s/ David A. Herman
           One of its Attorneys

**PROOF OF SERVICE**

  Service of the foregoing document was made by sending a copy via facsimile transmission to:

> Will Hebron
> HEBRON & HEBRON
> 516 North Side Square
> Carlinville, IL  62626
> Fax:  217-854-5043

this 19th day of March, 2008.

            /s/ David A. Herman

*Lead Counsel*
Daniel P. Dalton (P 44056) (Admission Pending)
TOMKIW DALTON, plc
Attorney for Plaintiff
321 Williams Street
Royal Oak, MI  48067
(248) 591-7000
ddalton@tomkiwdalton.com

*Local Counsel*
David A. Herman     (6211060)
David O. Edwards    (6229192)
Amanda M. Lundeen (6290095)
GIFFIN, WINNING, COHEN & BODEWES, P.C.
Attorneys for Plaintiff
One West Old State Capitol Plaza, Suite 600
Springfield, IL  62701
(217) 525-1571
dherman@giffinwinning.com
davidoedwards@giffinwinning.com
alundeen@giffinwinning.com