CARLINVILLE SOUTHERN BAPTIST CHURCH v. CITY OF

E-FILED
Thursday, 20 March, 2008 02:17:44 PM
Clerk, U.S. District Court, ILCD

**Courthouse Courier**
Private Process Service
A division of Bill Clutter Investigations, Inc.
**IL Private Detective Agency Lic. #117-001206**

Caption: _____
Case #: 08-3074

## AFFIDAVIT OF SERVICE

I, **Susan L. Oney**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:

- [X] Summons and Complaint
- [ ] Subpoena
- [X] Notice of Hearing
- [ ] Rule to Show Cause
- [ ] Citation to Discover Assets
- [ ] Forcible Entry and Detainer
- [ ] Other: _____

That I personally handed the above-described documents to:

MAYOR ROBERT SCHWAB

DATE AND TIME OF SERVICE:
3/20/2008 12:55 pm

LOCATION/ADDRESS DELIVERED:
550 N BROAD
CARLINVILLE, IL 62626

PHYSICAL DESCRIPTION:
Ht. 5'10"  Wt. 175#
Race W  Age 56
Male X  Female ___

That I made the following type of service:

- [X] Personal service on the defendant/witness/ or named party.

- [ ] Alternate service by handing copies of the above-described documents to the defendant's usual place of abode with a person of the family, or a person residing there, of the age of 13 years or older, and informing that Person of the contents thereof, and by mailing a copy of the summons in a sealed envelope with postage fully pre-paid, addressed to the defendant at his or her usual place of abode.

- [ ] Service of a corporate defendant by leaving the above-described documents with the registered agent, officer or agent defendant corporation.

- [ ] Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

Agent: Susan L. Oney (129-303382)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 3/20-12:55pm |  |  | Total |
| 2nd attempt: |  |  |  | Miles: ___ |
| 3rd attempt: |  |  |  | Time: ___ |
| 4th attempt: |  |  |  | Fee: ___ |

1032 South Second Street Springfield, IL 62704 (217) 528-5997

OFFICIAL SEAL
MICHELLE L. TOMLIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-2-2009

3/20/08
Michelle L Tomlin

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CARLINVILLE SOUTHERN BAPTIST CHURCH, an Illinois Religious Corporation, | **JURY DEMAND** |
| Plaintiff, | |
| v. | Hon. |
| | Case No.   08-3074 |
| CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and the CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body, | |
| Defendant. | |

TO:   CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and
THE CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body
317 West 2nd South Street
Carlinville, IL 62626

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, David A. Herman of Giffin, Winning, Cohen & Bodewes, P.C., 1 West Old State Capitol Plaza, Myers Building, Suite 600, P.O. Box 2117, Springfield, Illinois 62705 an answer to the complaint which is herewith served upon you, within **Twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

_Pamela E. Robinson_   _3/19/2008_
CLERK   DATE

_D. Meadows_
(BY)

# RETURN OF SERVICE(1)

Service of Summons and Complaint was made by me (1) Date __3/20/08__

NAME OF SERVER (Print) __Susan L. Oney__    Title __Process Server, P.I.__

Check one line below to indicate appropriate method of service

__X__  Served personally upon the Defendant. Place where served: __550 N. Broad Carlinville, IL. 62626__

____ with  Left copies thereof at the Defendant's dwelling house or usual place of abode a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

____ Returned unexecuted: _____

____ Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL          SERVICES          TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/20/08__
Date

Signature of Server __Susan A. Oney__

Address of Server __1032 S. Second St. Spfld., IL__

OFFICIAL SEAL
MICHELLE L. TOMLIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-2-2009

3/20/08
Michelle L Tomlin

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure