UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

    Plaintiff,

v.

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

    Defendant.

Hon.
Case No. 08-3074

## AGREED TEMPORARY RESTRAINING ORDER

IT IS HEREBY ORDERED AND AGREED:

A.   That Defendants agree to be enjoined and restrained, whether alone or in concert with others, including any officer, agent, representative and/or employee of Defendants, until further Order of this Court from

    i.   Precluding the Plaintiff, Carlinville Southern Baptist Church, from entering, occupying, or renovating its property, provided that any use conforms with the C-1 Neighborhood Commercial zoning designation described in Schedule 40-3-19 of the Zoning Ordinance of the City of Carlinville, attached hereto as Exhibit A;

B.   That the Court reserves consideration of Plaintiff's remaining requests for relief pending full hearing or adjudication on the merits.

C.   That the parties must preserve all documents, recordings, electronic mail and records that it has in its possession concerning Plaintiff's property. The Parties must preserve and not delete or destroy any hard copy or electronic computerized information with respect to Plaintiff until further order of the Court.

D.   That this Order shall remain in full force and effect pending the Court's full consideration of the issues or until this Court specifically orders otherwise and the Court shall schedule a full hearing on Plaintiff's Motion for Preliminary Injunction.

E.   That this order has been issued by the Court on March 20, 2008 at 4:35 ~~a.m.~~/p.m.

s/ Jeanne E. Scott

_____
U.S. DISTRICT COURT JUDGE

CITY OF CARLINVILLE, ILLINOIS
SCHEDULE: PERMITTED USES AND ACCESSORY USES, SPECIAL USES

Schedule 40-3-19

| ZONING DISTRICT | PERMITTED USES AND ACCESSORY USES | SPECIAL USES |
|---|---|---|
| A<br>AGRICULTURE | AGRICULTURE USES, SINGLE FAMILY DWELLINGS<br>NON-COMMERCIAL RECREATIONAL USES<br>NON-COMMERCIAL CLUBS AND LODGES | COMMERCIAL RECREATIONAL USES<br>EXTRACTION OF MINERALS, CEMETERIES<br>ANYTHING IN "R" DISTRICT |
| S-1 & S-2<br>SINGLE FAMILY RESIDENCE | SINGLE FAMILY DWELLINGS<br>MODULARS (SECTIONAL HOUSES) | TWO-FAMILY DWELLINGS<br>PUBLIC UTILITY BUILDINGS<br>LICENSED DAY CARE |
| M.H.<br>MOBILE HOME RESIDENCE | MOBILE HOMES-SINGLE & DOUBLE WIDE | NONE |
| M.F.<br>MULTI-FAMILY RESIDENCE | TWO-FAMILY DWELLINGS<br>MULTIPLE FAMILY DWELLINGS<br>BOARDING HOUSES | NONE |
| C-1<br>NEIGHBORHOOD COMMERCIAL | RETAIL AND SERVICE USES, FILLING STATION, DAY CARE CENTER<br>OFFICE USES, MINI-WAREHOUSES, STORAGE FACILITIES,<br>FUNERAL HOMES, EATING AND DRINKING PLACES, PUBLIC UTILITY BUILDINGS<br>MOTOR VEHICLE SERVICES | PUBLIC UTILITY BUILDINGS<br>AUDITORIUMS<br>NON-COMMERCIAL CLUBS & LODGES<br>MULTIPLE FAMILY RESIDENCE |
| C-2<br>GENERAL COMMERCIAL | HOTELS<br>ANY PERMITTED USES IN THE "C-1" DISTRICT | NONE |
| G<br>GOVERNMENT | CITY, COUNTY, STATE AND FEDERAL PROPERTIES | NEIGHBORHOOD COMMERCIAL |
| R<br>REHABILITATION, RELIGION EDUCATION | HOSPITALS, CHURCHES, SHOOLS, EXTENDED CARE, REHABILATION<br>FACILITIES, NURSING HOMES, COMMUNITY RESIDENCES, ASSISTED LIVING<br>FACILITIES AND AUDITORIUMS | NEIGHBORHOOD COMMERCIAL<br>MULTI-FAMILY |
| P<br>CITY PARK | PLAYGROUNDS, SKATE PARKS, WALK TRAILS<br>SPORTING FIELDS, RECREATIONAL USES | RECREATIONAL VEHICLE (RV) PARK |
| I<br>INDUSTRIAL | MANUFACTURING, TRUCK OR FREIGHT TERMINALS,<br>WAREHOUSING, PUBLIC UTILITY BUILDINGS, WHOLESALE<br>BUSINESS, LABORATORIES, AIRPORTS & SUPPORT SERVICES | COMMERCIAL USES |

EXHIBIT "A"