○AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>          Central          </u>        DISTRICT OF        <u>          Illinois          </u>

**APPEARANCE**

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

                        Plaintiff,

v.                                              Case Number:   08-CV-03074-JES-CHE

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

                        Defendants.

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for:  **City of Carlinville, Illinois and City of Carlinville Planning/Zoning Commission.**

      I certify that I am admitted to practice in this court.


<u>March 28, 2008          </u>                       s/Elisha S. Rosenblum                     
Date                                                Signature
                                                    <u>Elisha S. Rosenblem     #6225957   </u>
                                                    Print Name            Bar Number
                                                    <u>650 Dundee Road, Suite 475        </u>
                                                    Address
                                                    <u>Northbrook, Illinois 60062         </u>
                                                    City           State    Zip Code
                                                    <u>(847) 291-0200    (847) 291-9230  </u>
                                                    Phone Number        Fax Number
                                                    E-mail:  esrosenblum@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

                Plaintiff,

v.                                            Case Number:   08-CV-03074-JES-CHE

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

                Defendants.

## CERTIFICATE OF SERVICE

       I hereby certify that on March 28, 2008, I electronically filed this Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel P. Dalton
TOMKIW DALTON PLC
321 Williams Street
Royal Oak, MI 48067

David A. Herman
GRIFFIN WINNING COHEN & BODEEWES PC
One West Old Capital Plaza, Suite 600
P.O. Box 2117
Springfield, Illinois 62705

                                            CITY OF CARLINVILLE, ILLINOIS and
                                            CITY OF CARLINVILLE
                                            PLANNING/ZONING COMMISSION,
                                            Defendants,

                        By:     s/Elisha S. Rosenblum
                                  Elisha S. Rosenblum #6225957
                                  O'Halloran Kosoff Geitner & Cook, LLC
                                  650 Dundee Road, Suite 475
                                  Northbrook, Illinois 60062
                                  Telephone:  (847) 291-0200
                                  Fax: (847) 291-0201
                                  e-mail:  esrosenblum@okgc.com