○AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Central__    DISTRICT OF    __Illinois__

**APPEARANCE**

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

                Plaintiff,

v.    Case Number:   08-CV-03074-JES-CHE

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

                Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  **City of Carlinville, Illinois and City of Carlinville Planning/Zoning Commission.**

I certify that I am admitted to practice in this court.


| | |
|---|---|
| March 28, 2008 | s/Clifford G. Kosoff |
| Date | Signature |
| | Clifford G. Kosoff      #3122385 |
| | Print Name           Bar Number |
| | 650 Dundee Road, Suite 475 |
| | Address |
| | Northbrook, Illinois 60062 |
| | City           State   Zip Code |
| | (847) 291-0200    (847) 291-9230 |
| | Phone Number      Fax Number |
| | E-mail:  ckosoff@okgc.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

        Plaintiff,

v.        Case Number:   08-CV-03074-JES-CHE

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

        Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2008, I electronically filed this Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel P. Dalton
TOMKIW DALTON PLC
321 Williams Street
Royal Oak, MI 48067

David A. Herman
GRIFFIN WINNING COHEN & BODEEWES PC
One West Old Capital Plaza, Suite 600
P.O. Box 2117
Springfield, Illinois 62705

        CITY OF CARLINVILLE, ILLINOIS and
        CITY OF CARLINVILLE
        PLANNING/ZONING COMMISSION,
        Defendants,

        By:    s/Clifford G. Kosoff
            Clifford G. Kosoff  #3122385
            O'Halloran Kosoff Geitner & Cook, LLC
            650 Dundee Road, Suite 475
            Northbrook, Illinois 60062
            Telephone:  (847) 291-0200
            Fax: (847) 291-0201
            e-mail:  ckosoff@okgc.com