OAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Central_____  DISTRICT OF  _____Illinois_____

**APPEARANCE**

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

                Plaintiff,

v.    Case Number:  08-CV-03074-JES-CHE

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

                Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  **City of Carlinville, Illinois and City of Carlinville Planning/Zoning Commission.**

I certify that I am admitted to practice in this court.


March 28, 2008                           s/Jane M. May
Date                                     Signature
                                         Jane J. May           #6207760
                                         Print Name            Bar Number
                                         650 Dundee Road, Suite 475
                                         Address
                                         Northbrook, Illinois 60062
                                         City          State    Zip Code
                                         (847) 291-0200    (847) 291-9230
                                         Phone Number      Fax Number
                                         E-mail:  jmay@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious Corporation,

           Plaintiff,

v.                                Case Number: 08-CV-03074-JES-CHE

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

           Defendants.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2008, I electronically filed this Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel P. Dalton
TOMKIW DALTON PLC
321 Williams Street
Royal Oak, MI 48067

David A. Herman
GRIFFIN WINNING COHEN & BODEEWES PC
One West Old Capital Plaza, Suite 600
P.O. Box 2117
Springfield, Illinois 62705

                                              CITY OF CARLINVILLE, ILLINOIS and
                                              CITY OF CARLINVILLE
                                              PLANNING/ZONING COMMISSION,
                                              Defendants,

                              By:    s/Jane M. May
                                              Jane M. May    #6207760
                                              O'Halloran Kosoff Geitner & Cook, LLC
                                              650 Dundee Road, Suite 475
                                              Northbrook, Illinois 60062
                                              Telephone: (847) 291-0200
                                              Fax: (847) 291-0201
                                              e-mail: jmay@okgc.com