**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CARLINVILLE SOUTHERN BAPTIST CHURCH, | ) ) | |
| Plaintiff, | ) | Case No. 08-CV-3074 |
| v. | ) | |
| | ) | |
| CITY OF CARLINVILLE, ILLINOIS, CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendants, City of Carlinville, Illinois and the City of Carlinville Planning/Zoning Commission ("Defendants"), by and through their attorney, Elisha S. Rosenblum, and for their Motion for an Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Verified Complaint for Declaratory and Injunctive Relief, states as follows:

1.    Plaintiff has filed the above-referenced 108-paragraph eight-count Complaint, asserting claims under the First Amendment, Fourteenth Amendment, RLUPIA (42 USC §2000cc), the Illinois Religious Freedom Restoration Act (775 ILCS 35/15), and the Illinois Constitution.

2.    The undersigned was retained by the Defendants' insurance carrier to represent the Defendants it in this matter on or about March 24, 2008.  Defendants' responsive pleading is currently due on April 9, 2008.  The undersigned is in the process of meeting with the Defendants and gathering the factual information necessary to file a responsive pleading in this case.  As such, additional time is needed to evaluate the claims and defenses and to formulate an appropriate responsive pleading.

3.    The Defendants request an enlargement of time to and including May 9, 2008 to file its responsive pleading.  This request is not being made for purposes of prejudice or delay. The parties have previously entered into an agreed temporary restraining order (no. 9 on the clerk docket) allowing Plaintiff to use the subject property in conformity with the relevant zoning classification.  Additionally, per the Complaint (paragraph 9), Plaintiff is currently operating a church and holding worship services.

WHEREFORE, the Defendants, City of Carlinville, Illinois and City of Carlinville Planning/Zoning Commission, respectfully request an enlargement of time to and including May 9, 2008 to file a responsive pleading in this case.

Respectfully submitted,

**CITY OF CARLINVILLE**
**CITY OF CARLINVILLE PLANNING/ ZONING COMMISSION**

By:    s/Elisha S. Rosenblum
         Elisha S. Rosenblum, #6225957
         O'Halloran Kosoff Geitner & Cook, LLC.
         650 Dundee Road, Suite 475
         Northbrook, IL 60062
         Telephone:  (847) 291-0200
         Facsimile:  (847) 291-9230
         E-mail:  esrosenblum@okgc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed Defendants' Motion For Enlargement Of Time To Answer Or Otherwise Plead with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following:

Daniel P. Dalton                      David A. Herman
Tomkiw Dalton, PLC                    David O. Edwards
321 Williams Street                   Amanda M. Lundeen
Royal Oak, MI  48067                  Giffin, Winning, Cohen & Bodewes, P.C.
                                      One West Old State Capital Plaza, Suite 600
                                      Springfield, Illinois 62701

**CITY OF CARLINVILLE**
**CITY OF CARLINVILLE PLANNING/ ZONING COMMISSION**

By:    s/Elisha S. Rosenblum
         Elisha S. Rosenblum, #6225957
         O'Halloran Kosoff Geitner & Cook, LLC.
         650 Dundee Road, Suite 475
         Northbrook, IL 60062
         Telephone:  (847) 291-0200
         Facsimile:  (847) 291-9230
         E-mail:  esrosenblum@okgc.com