## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious
Corporation,

    Plaintiff,

v.

    Hon. Jeanne E. Scott
    Magistrate Judge Charles H. Evans
    Case No. 3:08-cv-3074

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

    Defendant.

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

    COMES NOW, Amanda M. Lundeen, co-counsel for Plaintiff, Carlinville Southern Baptist Church, and asks this Honorable Court for leave to withdraw as Counsel in this cause, and as grounds for said request alleges and states:

    1.    As of April 24, 2008, Petitioner is no longer associated with the law firm of Giffin Winning Cohen & Bodewes, P.C.

    2.    As of April 24, 2008, Petitioner will no longer be involved in this case.

    2.    The law firm will continue to act as co-counsel for Plaintiff by and through the remaining attorneys of record.

    WHEREFORE, it is requested that this Honorable Court grant the following relief:

    A.    Grant the undersigned leave to withdraw as an Attorney for Plaintiff, Carlinville Southern Baptist Church; and

B. Remove Petitioner from all notice lists associated with this case.

Respectfully submitted,

By:  /s/ Amanda M. Lundeen_____
Amanda M. Lundeen Bar # 6290095
Giffin Winning Cohen & Bodewes, P.C.
One West Old State Capital Plaza
Suite 600
Springfield, IL 62701
(217) 525-1571
Fax: (217) 525 - 1710

Dated: April 24, 2008

CERTIFICATE OF SERVICE

    I further certify that on the 24th day of April, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to the following recipients:

| | |
|---|---|
| Daniel P Dalton | ddalton@tomkiwdalton.com |
| David O Edwards | davidoedwards@gifwinlaw.com, agrayson@gifwinlaw.com |
| David A Herman | dherman@giffinwinning.com, jking@giffinwinning.com |
| Clifford G Kosoff | ckosoff@okgc.com, hrhoton@okgc.com |
| Jane M May | jmay@okgc.com, hrhoton@okgc.com |
| Elisha S Rosenblum | esrosenblum@okgc.com, mgrosenblum@sbcglobal.net |

    I further certify that the original of the foregoing document has been maintained in the file of Giffin, Winning, Cohen & Bodewes PC.

    By: : /s/ Amanda M. Lundeen
Amanda M. Lundeen Bar # 6290095
Giffin Winning Cohen & Bodewes, P.C.
One West Old State Capital Plaza
Suite 600
Springfield, IL 62701
(217) 525-1571
Fax: (217) 525 - 1710