UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CARLINVILLE SOUTHERN BAPTIST CHURCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Jeanne E. Scott |
| | ) | Magistrate Judge Charles H. Evans |
| | ) | Case No.: 3:08-cv-3074 |
| CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and the CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

---

**Tomkiw Dalton, plc**
Daniel P. Dalton (P 44056)
Attorneys for Plaintiff, *lead counsel*
321 Williams Street
Royal Oak, MI 48067
Phone: (248) 591-7000
Fax: (248) 591-7790
ddalton@tomkiwdalton.com

**Giffin Winning Cohen Bodewes, P.C.**
David A. Herman (6211060)
David O. Edwards (6229192)
Attorneys for Plaintiff, *co-counsel*
One West Old State Capitol Plaza
Suite 600
Springfield, IL 62701
Phone: (217) 525-1571
Fax: (217) 525-1710
dherman@giffinwinning.com
davidoedwards@giffinwinning.com

**O'Halloran, Kosoff, Geitner & Cook, LLC**
Elisha S. Rosenblum (6225957)
Attorneys for Defendant, *lead counsel*
650 Dundee Road, Suite 475
Northbrook, IL 60062
Phone: (847) 291-0200
Fax: (847) 291-9230
esrosenblum@okgc.com

**Roberts, Perryman, Bomkamp & Meives, P. C.**
John I. Schaberg (6180341)
Attorneys for Defendant, *co-counsel*
6400 West Main Street, Suite 3H
Belleville, IL 62223
Phone: (314) 421-1850
Fax: (314) 446-1578 or 421-4346
jschaberg@rpbm.com

## MOTION TO ENTER APPEARANCE THROUGH ADDITIONAL CO-COUNSEL AND FOR EXTENSION OF TIME

**NOW COMES**, Defendant, City of Carlinville, Illinois, by and through its undersigned attorneys, and moves this court for leave to appear through additional co-counsel, and for extension of time to respond to Plaintiff's Motion to Enforce Settlement, on the following grounds:

1. In light of the facts and arguments set forth in Plaintiff's Motion to Enforce Settlement, it is necessary for Defendant to engage and appear through separate co-counsel to respond to the Motion to Enforce Settlement.

2. Defendant has selected the undersigned attorney to appear as co-counsel to respond and defend against the Motion to Enforce Settlement, but only for that limited purpose.

3. The undersigned attorney did not receive confirmation of his engagement in this capacity until July 1, 2008. It appears that the response to the motion is due as early as July 11, 2008.

4. Defendant's undersigned co-counsel desires additional time to investigate the facts of this matter and to determine the appropriate response to fulfill his obligations under Federal Rules of Civil Procedure, Rule 11(b) and to the court, the parties and counsel of record.

5. The undersigned is required to be in trial in the defense of a personal injury case from July 14, 2008 through July 17, 2008 in Adams County, Illinois, Eighth Judicial Circuit in <u>Wayne Howe vs. Elks Lodge #100, et al.</u>, Cause No. 06-L-7 before Judge Mark Schuering. It is anticipated that trial preparations will require the majority of counsel's time during the week of July 7, 2008 through July 11, 2008, and for this reason the extension of time is requested.

6. This motion is not made for the purpose of delay or prejudice and is not expected

to result in any undue delay or prejudice to any party. On the contrary this motion is made for the purposes of preparing a valid and meritorious response to the Motion to Enforce Settlement, and a denial of this motion would result in prejudice to Defendant.

7. Defendant requests an additional fourteen (14) days, up to and including July 25, 2008, in which to file its response to Plaintiff's Motion to Enforce Settlement.

8. Defendant has contacted Plaintiffs' attorneys to find out if they have any objection to this motion, but Plaintiff's attorney said he could not consent to this extension.

**WHEREFORE**, Defendant City of Carlinville, Illinois moves this court for leave to appear through additional co-counsel for the limited purpose of responding to the Motion to Enforce Settlement, and for additional time up to and including July 25, 2008 in which to file its response to Plaintiff's Motion to Enforce Settlement, or for such further relief as allowed by law.

Respectfully submitted,

THE CITY OF CARLINVILLE

By: /s/John I. Schaberg
ROBERTS, PERRYMAN, BOMKAMP & MEIVES, P. C.
Attorneys at Law
6400 West Main Street, Ste. 3H
Belleville, IL 62223
Co-Counsel for Defendant

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on July 8, 2008, I filed this Entry of Appearance and Motion for Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Plaintiffs: Daniel P. Dalton of the law firm, Tomkiw Dalton, PLC, 321 Williams Street, Royal Oak, MI 48067 and David A. Herman and David O. Edwards of the law firm, Giffin, Winning, Cohen & Bodewes, P. C., One West Old State Capitol Plaza, Ste. 600, Springfield, IL 62701 and Defendant: Mr. Elisha S.

Rosenblum, O'Halloran, Kosoff, Geitner & Cook, LLC, 650 Dundee Road, Ste. 475, Northbrook, IL 60062.

3

By: /s/John I. Schaberg
ROBERTS, PERRYMAN, BOMKAMP & MEIVES, P. C.
Attorneys at Law
6400 West Main Street, Ste. 3H
Belleville, IL 62223
Co-Counsel for Defendant

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(B)(4) the undersigned counsel hereby certifies that this brief complies with the type-volume limitation found at Local Rule 7.1(B)(4)(b). It contains 790 words, and has been prepared in Microsoft Word 2007, using a proportionally spaced font, Times New Roman, and a 12-point font size.

By: /s/John I. Schaberg
ROBERTS, PERRYMAN, BOMKAMP & MEIVES, P. C.
Attorneys at Law
6400 West Main Street, Ste. 3H
Belleville, IL 62223
Co-Counsel for Defendant

4

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CARLINVILLE SOUTHERN BAPTIST CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Hon. Jeanne E. Scott<br>Magistrate Judge Charles H. Evans<br>Case No.: 3:08-cv-3074 |
| CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and the CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body, | ) ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| **Tomkiw Dalton, PLC**<br>Daniel P. Dalton (P 44056)<br>Attorneys for Plaintiff, *lead counsel*<br>321 Williams Street<br>Royal Oak, MI 48067<br>Phone: (248) 591-7000<br>Fax: (248) 591-7790<br>ddalton@tomkiwdalton.com | **O'Halloran, Kosoff, Geitner & Cook, LLC**<br>Elisha S. Rosenblum (6225957)<br>Attorneys for Defendant, *lead counsel*<br>650 Dundee Road, Ste. 475<br>Northbrook, IL 60062<br>Phone: (847) 291-0200<br>Fax: (847) 291-9230<br>esrosenblum@okgc.com |
| **Giffin Winning Cohen Bodewes, P.C.**<br>David A. Herman (6211060)<br>David O. Edwards (6229192)<br>Attorneys for Plaintiff, *co-counsel*<br>One West Old State Capitol Plaza, Ste.600<br>Springfield, IL 62701<br>Phone: (217) 525-1571<br>Fax: (217) 525-1710<br>dherman@giffinwinning.com<br>davidoedwards@giffinwinning.com | **Roberts, Perryman, Bomkamp & Meives, P.C.**<br>John I. Schaberg (6180341)<br>Attorneys for Defendant, *co-counsel*<br>6400 West Main Street, Ste. 3H<br>Belleville, IL 62223<br>Phone: (314) 421-1850<br>Fax: (314) 446-1578 or 421-4346<br>jschaberg@rpbm.com |

**ORDER**

_____ **THIS CAUSE COMING TO BE HEARD** on Motion of Defendant City of Carlinville

for leave to enter appearance through additional co-counsel and for extension of time, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant's motion is granted, and Defendant is granted leave to appear through co-counsel, and for the service list and electronic filing list to be amended to include John I. Schaberg, Roberts, Perryman, Bomkamp & Meives, P. C., 6400 West Main Street, Suite 3H, Belleville, Illinois 62223 (314) 421-1850, (jschaberg@rpbm.com);

**IT IS FURTHER ORDERED** that Defendant is granted an extension of time up to and including July 25, 2008 in which to file its response to Plaintiff's Motion to Enforce Settlement.

**DATED THIS** _____, 2008

_____**JUDGE**