UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CARLINVILLE SOUTHERN BAPTIST CHURCH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Hon. Jeanne E. Scott<br>Magistrate Judge Charles H. Evans<br>Case No.:  3:08-cv-3074 |
| CITY OF CARLINVILLE, ILLINOIS, a municipal corporation, and the CITY OF CARLINVILLE PLANNING/ZONING COMMISSION, a municipal body, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE TO DISREGARD OR STRIKE
"CERTIFICATE OF COMPLIANCE"**

     **NOW COME** Defendants, City of Carlinville**,** Illinois and City of Carlinville Planning/Zoning Commission, by and through their attorneys, John I. Schaberg and Roberts, Perryman, Bomkamp & Meives, P. C., and notify or request that the Court and Parties disregard or strike the "Certificate of Compliance" set forth in Page 14 of Defendants' Response in Opposition to Plaintiff's Motion to Enforce Settlement (Doc. # 24) and state:

    1.    The "Certificate of Compliance" found on Page 14 of Defendants' Response in Opposition to Plaintiff's Motion to Enforce Settlement was inadvertently carried over with the signature block from a previous pleading (Motion to Enter Appearance through Additional Co-Council and for Extension of Time, Doc. #21).  The Certificate of Compliance on Defendants' Response in Opposition, etc., is incorrect in the word count, and it was not intended to be included in Defendants' Response in Opposition.

    2.    The "Certificate of Compliance" is not necessary, in that Local Rule 7.1(B)(4)(b) does

not require a Certificate of Compliance with a Brief or Memorandum that does not exceed 15 pages. In this case, the Response in Opposition to Plaintiff's Motion to Enforce Settlement is only 14 pages, and the Certificate of Compliance is not required.

3. Defendants' attorney therefore respectfully requests that the Court and the Parties disregard and consider stricken the "Certificate of Compliance" found on page 14 of Document #24.

Respectfully submitted,

THE CITY OF CARLINVILLE

By: /s/John I. Schaberg
ROBERTS, PERRYMAN, BOMKAMP & MEIVES, P. C.
Attorneys at Law
6400 West Main Street, Ste. 3H
Belleville, IL 62223
Co-Counsel for Defendant

## PROOF OF SERVICE

I, the undersigned, hereby certify that on July 28, 2008, I filed this Response in Opposition to Plaintiff's Motion to Enforce Settlement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Plaintiffs: Daniel P. Dalton of the law firm, Tomkiw Dalton, PLC, 321 Williams Street, Royal Oak, MI 48067 and David A. Herman and David O. Edwards of the law firm, Giffin, Winning, Cohen & Bodewes, P. C., One West Old State Capitol Plaza, Ste. 600, Springfield, IL 62701 and Defendant: Mr. Elisha S. Rosenblum, O'Halloran, Kosoff, Geitner & Cook, LLC, 650 Dundee Road, Ste. 475, Northbrook, IL 60062.

By: /s/John I. Schaberg
ROBERTS, PERRYMAN, BOMKAMP & MEIVES, P. C.
Attorneys at Law
6400 West Main Street, Ste. 3H
Belleville, IL 62223
Co-Counsel for Defendant