UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CARLINVILLE SOUTHERN BAPTIST
CHURCH, an Illinois Religious
Corporation,

    Plaintiff,

v.

CITY OF CARLINVILLE, ILLINOIS, a
municipal corporation, and the CITY OF
CARLINVILLE PLANNING/ZONING
COMMISSION, a municipal body,

    Defendant.

Hon. Jeanne E. Scott
Magistrate Judge Charles H. Evans
Case No. 3:08-cv-3074

---

**Tomkiw Dalton, plc**
Daniel P. Dalton (P 44056)
Attorney for Plaintiff, *lead counsel*
321 Williams Street
Royal Oak, MI 48067
(248) 591-7000
(248) 591-7790 (Fax)
ddalton@tomkiwdalton.com

**O'Halloran Kosoff Geitner & Cook, LLC**
Elisha S. Rosenblum (6225957)
Attorney for Defendant
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
esrosenblum@okgc.com

**Giffin, Winning, Cohen & Bodewes, P.C.**
David A. Herman (6211060)
David O. Edwards (6229192)
Co-Counsel for Plaintiff
One West Old State Capitol Plaza
Suite 600
Springfield, Illinois   62701
(217) 525-1571 (office)
(217) 525-1710 (fax)
dherman@giffinwinning.com
davidoedwards@giffinwinning.com

---

*Plaintiff and Defendants Joint Proposed Rule 26 Discovery Plan*

Now Comes Plaintiff, *Carlinville Southern Baptist Church,* by and through its attorneys Tomkiw Dalton, plc and Defendants, *City of Carlinville and the Carlinville Zoning and Planning Commission,* by and thought its attorneys, O'Halloran Kosoff Geitner & Cook, LLC, and for their proposed Joint Discovery plan pursuant to fed. R. Civ. Pro. Rule 26 (f), 16 (b) 5, 16, (b)(6) and the Central District of Illinois, local rules, 26.2(3), 16.2 (E), state as follows:

1. The Honorable Jeanne E. Scott entered a text scheduling order on June 26, 2008, which provides in part:

   a. The parties are to complete discovery by October 15, 2008.

   b. Defendants are ordered to respond to the pending summary judgment motion by October 30, 2008.

   c. Plaintiff is to reply by November 14, 2008.

   d. A hearing on Plaintiff's request for preliminary injunction and declaratory relief is set for January 27, 2009, at 9:00 a.m.

   e. A final pretrial conference is scheduled for March 23, 2009, at 10:00 a.m.

   f. Jury trial on April 7, 2009, at 9:00 a.m.

2. As discovery is scheduled to end on October 15, 2008, the parties agree to the following dates.

   a. The parties shall make initial disclosures as required by Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure on or before August 15, 2008.

   b. The parties shall amend all pleadings on or before September 15, 2008.

   c. The parties shall join additional parties on or before September 15, 2008,

d. The parties agree to disclose all lay and expert witnesses, on or before September 15, 2008.

e. The parties shall complete discovery on or before October 15, 2008.

f. Dispositive motions shall be filed no later than October 30, 2008.

3. The parties agree that the June 26, 2008 Order entered by Judge Scott provides that discovery regarding damages may take place after the summary judgment litigation and after the hearing for preliminary injunction. Therefore, the parties reserve the right to conduct damages discovery, only, from February 1, 2009 through March 15, 2009. The parties agree that expert reports regarding damages will be exchanged no later than February 28, 2009 and the expert's depositions will be taken no later than March 15, 2009.

4. The parties agree that it will follow Fed. R. Civ. Pro. 34 (e) and its subparts with respect to the production of electronically stored information. For any information deemed privileged, the party claiming the privilege shall prepare a log describing the document and how the privilege asserted precludes production of the document.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| Tomkiw Dalton, plc | O'Halloran Kosoff Geitner & Cook, LLC |
| By: Daniel P. Dalton (P44056) | By: Elisha S. Rosenblum (6225957) |
| Attorney for Plaintiff | Attorney for Defendants |
| 321 Williams St. | 650 Dundee Road, Suite 475 |
| Royal Oak, MI 48067 | Northbrook, Illinois 60062 |
| Tel. 248-591-7000 | Telephone: (847) 291-0200 |
| Fax 248-591-7790 | Facsimile: (847) 291-9230 |
| ddalton@tomkiwdalton.com | esrosenblum@okgc.com |

Date: July 29, 2008